IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
5:07CV4


| | | |
|---|---|---|
| SIMKAR LLC d/b/a SIMKAR CORPORATION, | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| LOWE'S COMPANIES, INC., | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |


THIS MATTER is before the Court upon Plaintiff's Stipulation of Dismissal with

Prejudice. [Docket # 16].

Defendant has submitted an answer, and therefore, pursuant to Federal Rule of Civil

Procedure 41(a)(1), this case is dismissed.

IT IS SO ORDERED.




Signed: May 24, 2007


Graham C. Mullen
United States District Judge